Certificate Number: 01401-PAM-DE-029252460

Bankruptcy Case Number: 11-70131


01401-PAM-DE-029252460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2017, at 2:39 o'clock PM EDT, Annette M Dennis completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 15, 2017   By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager