Certificate Number: 01401-PAM-DE-029251320

Bankruptcy Case Number: 11-70131



01401-PAM-DE-029251320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2017</u>, at <u>12:36</u> o'clock <u>PM EDT</u>, <u>Donald L Dennis</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 15, 2017</u>

By: <u>/s/Jeremy Lark</u>

Name: <u>Jeremy Lark</u>

Title: <u>FCC Manager</u>