```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 17-01313-RNO
Donald L. Dennis, Jr.                                              Chapter 13
Annette M. Dennis
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman             Page 1 of 2           Date Rcvd: Jul 06, 2017
                              Form ID: ntcnfhrg           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db/jdb       +Donald L. Dennis, Jr.,    Annette M. Dennis,    43 Acker Loop Road,    Newport, PA 17074-9201
4904080     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998-2235)
4934232      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4904081      +Barclarys Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
4904082      +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
4904084      +Chase Corporation,    10790 Rancho Bernaro,    San Diego, CA 92127-5705
4904085      +Chase/Bank One Card Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
4904086      +Comenity Capital Bank/Boscovs,    P.O. Box 182120,    Columbus, OH 43218-2120
4904087      +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
               Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4904090      +FNB Omaha,   P.O. Box 3412,    Omaha, NE 68197-0001
4908032      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4904092       James P. Valecko,    Weltman, Weinberg & Reis Co., L.P.A.,    436 7th Avenue, Suite 2500,
               Pittsburgh, PA 15219-1842
4904094       Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
4904693      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4904104       WSLR Dentistry, P.C.,    4240 Locust Lane,    Harrisburg, PA 17109-4384
4912792       Wells Fargo Bank, N.A., dba WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
4904101      +Wells Fargo Card Service,    P.O. Box 14517,    Des Moines, IA 50306-3517
4904102      +Wells Fargo DLRSVC/Wacho,    P.O. Box 1697,    Winterville, NC 28590-1697
4904103       Western Alliance Bank,    P.O. Box 927830,    San Diego, CA 92192-7830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4904083       E-mail/Text: cms-bk@cms-collect.com Jul 06 2017 19:07:32     Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
4904088       E-mail/Text: mrdiscen@discover.com Jul 06 2017 19:06:43     DB Servicing Corporation,
               6500 New Albany Road,    New Albany, OH 43054
4904089       E-mail/Text: mrdiscen@discover.com Jul 06 2017 19:06:43     Discover Financial Service LLC,
               P.O. Box 15316,    Wilmington, DE 19850-5316
4906237       E-mail/Text: mrdiscen@discover.com Jul 06 2017 19:06:43     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4904091       E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 19:07:30     Internal Revenue Service,
               PO Box 21126,    Philadelphia, PA 19114
4904093       E-mail/Text: unger@members1st.org Jul 06 2017 19:08:11     Members 1st Federal Credit Union,
               P.O. Box 40,    Mechanicsburg, PA 17055-0040
4904095       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 19:07:43
               Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
               Harrisburg, PA 17128-0946
4904096       E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 19:09:29     SYNCB/Care Credit,
               P.O. Box 965036,    Orlando, FL 32896-5036
4904097      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 19:09:29     SYNCB/Lowes,   P.O. Box 965005,
               Orlando, FL 32896-5005
4904098       E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 19:09:20     SYNCB/Old Navy DC,
               P.O. Box 965005,    Orlando, FL 32896-5005
4904099       E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 19:09:29     SYNCB/Sams,   P.O. Box 965005,
               Orlando, FL 32896-5005
4904100       E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 19:09:12     SYNCB/Sams Club Dual Card,
               P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION     bkgroup@kmllawgroup.com
        Tracy Lynn Updike    on behalf of Debtor Donald L. Dennis, Jr. tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
        Tracy Lynn Updike    on behalf of Joint Debtor Annette M. Dennis tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Donald L. Dennis Jr.
Annette M. Dennis

Debtor(s)

Chapter 13

Case No. 1:17−bk−01313−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 16, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 6, 2017 |