

# SCHIFFMAN SHERIDAN & BROWN P.C.

September 13, 2017

TRACY L. UPDIKE
tupdike@ssbc-law.com

VIA ELECTRONIC TRANSMITTAL

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
tel 717.540.9170
fax 717.736.4071
WWW.SSBC-LAW.COM

      **Re:**    **Donald L. Dennis, Jr. and Annette M. Dennise**
              **Chapter 13 Case No. 1-17-01313-RNO**

Dear Clerk:

    Please make note of the change of address for the creditor in the above-referenced case.

    Old Address:    Chase Corporation
                           10790 Rancho Bernaro
                           San Diego, CA 92127-5705

    New Address:   Chase Corporation
                           295 University Avenue
                           Westwood, MA 02090

    Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

                           Very truly yours,

                           SCHIFFMAN, SHERIDAN & BROWN, P.C.

                           Tracy L. Updike