United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Donald L. Dennis, Jr.
Annette M. Dennis
     Debtors

Case No. 17-01313-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: REshelman      Page 1 of 1      Date Rcvd: Oct 23, 2017
               Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db/jdb      +Donald L. Dennis, Jr.,     Annette M. Dennis,     43 Acker Loop Road,     Newport, PA 17074-9201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         Tracy Lynn Updike    on behalf of Debtor 1 Donald L. Dennis, Jr. tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
         Tracy Lynn Updike    on behalf of Debtor 2 Annette M. Dennis tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Donald L. Dennis Jr.
Annette M. Dennis

Chapter     13

Case No.     1:17−bk−01313−RNO

Debtor(s)

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on March 31, 2017. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated:  October 23, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk