```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01313-HWV
Donald L. Dennis, Jr.                                               Chapter 13
Annette M. Dennis
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: REshelman            Page 1 of 1            Date Rcvd: Dec 04, 2017
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db/jdb         +Donald L. Dennis, Jr.,    Annette M. Dennis,   43 Acker Loop Road,   Newport, PA 17074-9201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Donald L. Dennis, Jr. tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Debtor 2 Annette M. Dennis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1-17-01313
DONALD L. DENNIS, JR. and :
ANNETTE M. DENNIS : CHAPTER 13
:
    Debtors :

## ORDER

    The Interim Application of Schiffman, Sheridan & Brown, P.C. for allowance of compensation and expenses out of the estate of the Debtors this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is hereby

    **HEREBY ORDERED** that the Interim Application of Schiffman, Sheridan & Brown, P.C. as attorneys for the Debtors for allowance of $4,600.00 for services and expenses for the period December 9, 2016 to November 6, 2017 is allowed, the amounts claimed being considered fair and reasonable. Schiffman, Sheridan & Brown, P.C. shall be paid the balance of their Application, or $4,410.00 after reduction of the retainer of $190.00, through the Chapter 13 Plan.

    **FURTHER ORDERED** that the Trustee should pay the fees requested in this Interim Application to Schiffman, Sheridan & Brown, P.C. through a distribution from the Chapter 13 Plan.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: December 4, 2017