```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                                  Case No. 17-01313-HWV
Donald L. Dennis, Jr.                                   Chapter 13
Annette M. Dennis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: PRatchfor        Page 1 of 1            Date Rcvd: Jul 25, 2019
                              Form ID: trc            Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
4949139          +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail,   Mail Code LA4-5555,
                  700 Kansas Lane,   Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Tracy Lynn Updike   on behalf of Debtor 1 Donald L. Dennis, Jr. tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          Tracy Lynn Updike   on behalf of Debtor 2 Annette M. Dennis tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 5
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-01313-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald L. Dennis, Jr.
43 Acker Loop Road
Newport PA 17074

Annette M. Dennis
43 Acker Loop Road
Newport PA 17074

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 14: JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203

Name and Address of Transferee:

M&T Bank as servicer for
Lakeview Loan Servicing, LLC
M&T Bank as servicer for
Lakeview Loan Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/27/19

Terrence S. Miller
**CLERK OF THE COURT**